UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                              Chapter 13
                                                                                                     Case No.: 17-19326-JKO
**PEDRO GABRIEL HERNANDEZ**,

    Debtor.
_____/

## MOTION TO VACATE MORTGAGE
## MODIFICATION MEDIATION ORDER

Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM XIV TRUST** ("Secured Creditor"), by and through the undersigned counsel, hereby moves the Court to Vacate Mortgage Modification Mediation Order and to terminate Creditor's obligation under the Order directing mortgage modification mediation previously entered by the Court due to prejudicial delay on the part of the Debtor. In support, Secured Creditor states the following:

1.    On July 25, 2017, the Debtor, Pedro Gabriel Hernandez, filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1] (the "Petition").

2.    On January 8, 2018 and one-hundred sixty-seven (167) days after the filing of the Petition, the Debtor filed a Verified Out of Time Motion for Referral to Mortgage Modification Mediation with Secured Creditor [D.E. 31].

3.    On February 9, 2018, the Court entered the Order Granting Debtor's Verified Out of Time Motion for Referral to Mortgage Modification Mediation [D.E. 39] (the "MMM Order").

(1)

4. Pursuant to the MMM Order, the Debtor and Secured Creditor were directed to participate in good faith in Mortgage Modification Mediation and that all communication between the parties was to be through the approved mediation portal ("MMM Portal").

5. As of the date of filing of this Motion and approximately nine (9) months since the filing of the Petition and eighty two (82) days since the entry of the MMM Order, to date, the Debtor still has not complied with the MMM Order in that the Debtor has failed to (i) launch/open the mortgage modification mediation process in the approved MMM Portal, (ii) assign the Secured Creditor in the MMM Portal, (iii) select a mediator and/or file the Notice of Selection of Mortgage Modification Mediator (or Notice of Clerk's Designation of Mortgage Modification Mediator) within the required fourteen (14) days from the date of the MMM Order, and (v) remit a completed financial package or any financial documentation to Secured Creditor for mortgage modification consideration.

6. It appears that the Debtor has failed to act in good faith as required by the MMM Order and, as such, has prejudiced Secured Creditor by continuing to cause additional loss of value in the property.

7. Due to the failure to comply with the MMM Order and the apparent bad faith conduct, the Debtor should be compelled to modify the plan to either surrender the subject property or "cure and maintain" its obligations to Secured Creditor.

8. Secured Creditor should not be obligated to further proceed with mortgage modification mediation under these circumstances and requests that it be excused from participating in mortgage modification mediation.

9. Secured Creditor respectfully seeks the entry of an Order vacating the MMM Order.

10. A proposed Order is attached hereto as **Exhibit "A".**

- 3 -

**WHEREFORE**, Secured Creditor respectfully requests the Court vacate the MMM Order, excuse Secured Creditor form further participating in mortgage modification mediation, directing the Debtor to file a modified plan, and for any other and further relief as this Court deems just and proper.

**Dated this 2nd day of May, 2018.**

    Respectfully submitted,

    **GHIDOTTI | BERGER, LLP**
    *Attorneys for Secured Creditor*
    3050 Biscayne Blvd. - Suite 402
    Miami, Florida 33137
    Telephone: (305) 501.2808
    Facsimile: (954) 780.5578

    By:   /s/ Chase A. Berger
        Chase A. Berger, Esq.
        Florida Bar No. 083794
        cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

    By:   /s/ Chase A. Berger
        Chase A. Berger, Esq.

*Case No.: 17-19326-JKO*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Pedro Gabriel Hernandez**
4951 S.W. 128th Terrace
Hollywood, FL 33027

*Debtor's Counsel*
**Alberto Carrero, Esq.**
169 E Flagler Street, Suite 1530
Miami, FL 33131

*Trustee*
**Robin R Weiner**
P.O. Box 559007
Fort Lauderdale, FL 33355

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130

By: /s/ Chase A. Berger
      Chase A. Berger, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                                              Chapter 13
                                                                                        Case No.: 17-19326-JKO
**PEDRO GABRIEL HERNANDEZ**,

    Debtor.
_____/

**ORDER GRANTING MOTION TO VACATE**
**MORTGAGE MODIFICATION MEDIATION ORDER**

**THIS MATTER** came before the Court for hearing on _____, 2018 upon BSI Financial Services, as Servicing Agent for HMC Assets, LLC Solely In Its Capacity As Separate Trustee of CAM XIV Trust's Motion to Vacate Mortgage Modification Mediation Order [D.E.__] (the "Motion"). The Court, having reviewed the Motion, and being otherwise duly advised in the premises, it is, hereby,

    **ORDERED,** as follows:

    1.    The Motion is **GRANTED** as set forth herein.

**EXHIBIT "A"**

2. The Order Granting Debtor's Verified Out of Time Motion for Referral to Mortgage Modification Mediation [D.E. 39] entered on February 29, 2018 is hereby **VACATED**.

3. Secured Creditor is excused from any further obligation to participate in mortgage modification mediation with the Debtor as to the subject property.

4. The Debtor is directed to, within fourteen (14) days from the date of entry of this Order, to file a modified plan to either surrender the subject property or "cure and maintain" its obligations to Secured Creditor.

5. The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

Submitted by:

**Chase A. Berger, Esq.**
Florida Bar No. 083794
cberger@ghidottiberger.com
**GHIDOTTI | BERGER, LLP**
3050 Biscayne Boulevard - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

**Copies furnished to:**

**Chase A. Berger, Esq.**
Attorney Chase A. Berger is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a Certificate of Service within three days of entry of the order.

*CASE NO.: 17-19326-JKO*

- 3 -