UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                              Chapter 13
                                                                                       Case No.: 17-19326-JKO
**PEDRO GABRIEL HERNANDEZ**,

    Debtor.
_____/

**BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR
HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE
OF CAM XIV TRUST'S MOTION TO CONFIRM NO STAY IS IN EFFECT**

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> **Any interested party who fails to file and service a written response to this motion within 14 days after the date of service stated in this motion shall, pursuant to Local Rule 4001-1(C), be deemed to have consented to the entry of an order granting the relief requested in the motion.**

Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM XIV TRUST** ("Secured Creditor"), by and through its undersigned counsel, files its Motion to Confirm No Stay is in Effect (the "Motion"), pursuant to 11 U.S.C. 362(j) and Federal Rules of Bankruptcy Procedure 4001, and seeks that the Court enter an order confirming that no stay is in effect, and as grounds thereto states as follows:

    1.    On July 25, 2017, the Debtor, Pedro Gabriel Hernandez, filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1] (the "Petition").

    2.    On May 2, 2018, Secured Creditor filed its Motion to Vacate Mortgage Modification Mediation Order [D.E. 40].

    3.    On June 6, 2018, the Court entered the Order Granting Motion to Vacate Mortgage Modification Mediation Order [D.E. 43] the "Order Vacating MMM Order").

4. Pursuant to the Order Vacating MMM Order, the Debtor was directed to file a modified plan to either surrender the subject property or "cure and maintain" its obligations to Secured Creditor within fourteen (14) days from the entry of the Order and as such, the deadline was June 20, 2018.

5. Secured Creditor asserts that the deadline for the Debtor to file a modified plan has lapsed and, as of the date of filing of this Motion and forty (40) days after the entry of Order Vacating MMM Order, the Debtor still has not filed a modified plan and as such has failed to comply with this Court's Order.

6. Secured Creditor files this Motion seeking an Order (i) confirming that the automatic stay is not in effect as to the real property in Broward County, Florida, commonly described as *4951 S.W. 128th Terrace, Miramar, FL 33027*, to allow Secured Creditor to proceed with *in rem* remedies in State Court to enforce its lien rights pursuant to the Note and Mortgage.

7. The legal description of the Property is described as follows:

**LOT 1, BLOCK F OF REPLAT OF PORTION OF M.P.H., ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 162, PAGE 4, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

8. Secured Creditor request that the Order contain language to reflect that the Order will survive any subsequent conversion of the instant case to another chapter under the Bankruptcy Code.

9. Secured Creditor seeks that the Court waive the fourteen (14) day stay of the Order granting relief pursuant to Bankruptcy Rule 4001 (a)(3).

10. Secured Creditor asserts that it will continue to suffer irreparable injury if it is not granted relief from automatic stay to proceed against the collateral Property.

11. Secured Creditor asserts that is has incurred additional attorney's fees and costs for the prosecution of this Motion.

12. A proposed Order is attached hereto as **Exhibit "A"**.

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court enter an Order granting the Motion and confirming that no stay is in effect so as to allow Secured Creditor to proceed with *in rem* remedies in State Court to enforce its lien rights pursuant to the Note and Mortgage, waiving the fourteen (14) day stay of the Order granting relief pursuant to Bankruptcy Rule 4001 (a)(3) and grant such other further relief that the Court deems just and proper.

**Dated this 16th day of July, 2018.**

> **GHIDOTTI | BERGER, LLP**
> *Attorneys for Secured Creditor*
> 3050 Biscayne Blvd. - Suite 402
> Miami, Florida 33137
> Telephone: 305.501.2808
> Facsimile: 954.780.5578
>
> By:   /s/ Chase A. Berger
>          Chase A. Berger, Esq.
>          Florida Bar No. 083794
>          cberger@ghidottiberger.com

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)**

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

> By:   /s/ Chase A. Berger
>          Chase A. Berger, Esq.

*CASE NO.: 17-19326-JKO*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Pedro Gabriel Hernandez**
4951 S.W. 128th Terrace
Hollywood, FL 33027

*Debtor's Counsel*
**Alberto Carrero, Esq.**
169 E Flagler Street, Suite 1530
Miami, FL 33131

*Trustee*
**Robin R Weiner**
P.O. Box 559007
Fort Lauderdale, FL 33355

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130

By: /s/ Chase A. Berger
      Chase A. Berger, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                                              Chapter 13
                                                                                        Case No.: 17-19326-JKO
**PEDRO GABRIEL HERNANDEZ**,

    Debtor.
_____/

**ORDER GRANTING BSI FINANCIAL SERVICES, AS SERVICING
AGENT FOR HMC ASSETS, LLC, SOLELY IN ITS CAPACITY AS SEPARATE
TRUSTEE OF CAM TRUST'S MOTION TO CONFIRM NO STAY IS IN EFFECT**

**THIS MATTER** came before the Court upon BSI Financial Services, as Servicing Agent for HMC Assets, LLC, solely in its capacity as Separate Trustee of CAM XIV Trust's (the "Movant") Motion to Confirm No Stay is in Effect, filed on July 16, 2018 [D.E. __] (the "Motion"), and Movant by submitting this form of order represents that the Motion was served on all parties as required by Local Rule 4001-1, that the 14-day response time provided by that rule has expired, that no one has filed, or served on the Movant, a response to the Motion, and that the relief to be granted in this order is the identical relief requested in the Motion.  Upon review of the Motion and the record, the Court finds that the Motion should be granted. Accordingly, it is

**EXHIBIT "A"**

*Case No.: 17-19326-JKO*

**ORDERED,** as follows:

1. The Motion is **GRANTED**, as set forth herein.

2. The Court confirms that the Automatic Stay arising by reason of 11 U.S.C. Section 362 of the Bankruptcy Code is not in effect and is terminated as to the Debtor, and as to Movant's interest in the following property described as:

> **LOT 1, BLOCK F OF REPLAT OF PORTION OF M.P.H., ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 162, PAGE 4, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA. A/K/A 4951 S.W. 128TH TERRACE, MIRAMAR, FL 33027**

3. This relief is *in rem* only in order to complete state court foreclosure proceedings through certificate of title and possession of the Property; however, Movant shall not seek any *in personam* relief against the Debtor, without further order of the Court.

4. The Court waives the time requirements under Rule 4001(a)(3) and deems the relief from stay effective immediately.

5. This Order will survive any subsequent conversion of this instant case to any other chapter under the Bankruptcy Code.

6. The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

Submitted by:
**Chase A. Berger, Esq.**
Florida Bar No. 083794
cberger@ghidottiberger.com
**GHIDOTTI | BERGER, LLP**
3050 Biscayne Boulevard - Suite 402, Miami, Florida 33137
Telephone: (305) 501.2808 / Facsimile: (954) 780.5578

**Copies furnished to:**
Chase A. Berger, Esq.
Mr. Berger shall serve a conformed copy of this order upon all interested parties and file a Certificate of Service within three (3) days from the date of this Order.